**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FORSYTH, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation; and DOES 1-25, inclusive,<br><br>    Defendants. | CASE NO. 2:21-cv-09713-SVW-RAO<br><br>Assigned to:    Hon. Stephen V. Wilson<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(2)**<br><br>Complaint Filed:    December 15, 2021<br>Complaint Served:  February 14, 2022 |

    Having considered Plaintiff Gary Forsyth's ("Plaintiff") and Ford Motor Company's ("Ford") Joint Stipulation to Dismiss Plaintiff's Complaint, the Court hereby orders Plaintiff's Complaint dismissed.

    IT IS SO ORDERED.

Dated: March 11, 2022

                                                                  Hon. Stephen V. Wilson
                                                       United States District Court Judge